**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

David Ross Frohn
Manion, Gaynor & Manning
2201 Lake Street, Suite 106
Lake Charles LA 70601

Jeffery D. Fruge
The Thibodeaux Law Frim
P. O. Box 2090
Lake Charles LA 70602-2090

Harry Alston Johnson, III
Phelps, Dunbar
400 Convention St., Suite 1100
Baton Rouge LA 70802

**REHEARING ACTION: August 3, 2016**

**Docket Number: 15   00354-CA consolidated with 838-CA & 1,113-CA**

**RON WARREN, IND. & O/B/O ESTATE OF DEREK HEBERT**
**VERSUS**
**SHELTER MUTUAL INS. CO., ET AL.**

**Appealed from Calcasieu Parish Case No. 2006-385**

**BEFORE JUDGES:**

 **Hon. Ulysses Gene Thibodeaux**
 **Hon. Jimmie C. Peters**
 **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Teleflex, Inc.** has this day been

 **DENIED.**
 Conery, J., would grant the rehearing.

cc: Rudie Ray Soileau, Jr., Counsel for the Appellee
    Vernon Ed McGuire, III, Counsel for the Appellee
    Mark A. Behrens, Amicus Counsel
    Cary Silverman, Amicus Counsel
    Iain L. Kennedy, Amicus Counsel
    Maurice L. Tynes, Counsel for the Appellee
    Aaron Broussard, Counsel for the Appellee
    Barton Willis Bernard, Counsel for the Appellee
    Anthony M. Fazzio, Counsel for the Appellee
    Joshua Simon Force, Amicus Counsel
    Kevin M. McGlone, Amicus Counsel
    Francis P. Manchisi, Amicus Counsel